Jennifer A. Street OSB No. 052419
Email: street@gswlaworegon.com
Glascock | Street | Waxler LLP
Attorneys at Law
6915 S Macadam Ave, Ste 300
Portland, OR 97219
Telephone: (503) 501-5430
Fax: (503) 501-5626
Attorneys for Defendant

IN THE UNITED STATES CIRCUIT COURT

FOR THE DISTRICT OF OREGON

DIVISION

| | | |
|---|---|---|
| SILAS ARMSTRONG, | ) | Case No.: |
| | ) | |
| Plaintiff, | ) | **NOTICE OF REMOVAL TO UNITED** |
| vs. | ) | **STATES DISTRICT COURT FOR THE** |
| | ) | **DISTRICT OF OREGON** |
| NANCY CARRUTHERS, | ) | |
| | ) | |
| Defendant. | ) | |

**TO: The Judge and Clerks of the United States District Court for the State of Oregon and to Plaintiff SILAS ARMSTRONG, and his attorney, Chad Stavley**

PLEASE TAKE NOTICE that, pursuant to 28 USC § 1441 and § 1446, defendant NANCY CARRUTHERS hereby removes to this Court the case now pending in Multnomah County Circuit Court as Armstrong v. Carruthers, Case No. 22CV42015.

As grounds for removal, defendant states as follows:

<u>**NOTICE OF REMOVAL IS TIMELY**</u>

1. On December 9, 2022, plaintiff Silas Armstrong filed a complaint in this action now pending in Multnomah County Circuit Court as Armstrong v. Carruthers, Case No. 22CV42015. Pursuant to 28 28 USC § 1446(a), all state court papers served on

**NOTICE OF REMOVAL TO UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF
OREGON - 1**

defendants at the time of removal, consisting of Complaint, Summons, and Proof of Service, are attached as Exhibit 1.

2. This Notice of Removal is timely filed under 28 USC §1446(b), which provides that a notice of removal must be filed within 30 days after a defendant receives, by service or otherwise, the initial pleading. As of the date of filing this Notice of Removal, defendant had been served with process. Defendant was served on December 29, 2022. See Exhibit 1, p. 5.

3. No further proceedings have been had in the Circuit court of Multnomah County, Oregon, as of the date of filing of this removal.

## DIVERSITY JURISDICTION EXISTS

4. This is a civil action over which this court has original jurisdiction pursuant to 28 USC § 1332. This action may be removed pursuant to 28 USC § 1441 because the action involves a controversy between citizens of different states; none of the properly joined defendants is a citizen of Oregon; and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. Plaintiff was, when he filed his complaint, and is now, a citizen and resident of the State of Oregon.

6. Defendant was, when the plaintiff filed his complaint, and is now, a citizen and resident of the State of Idaho.

7. Plaintiff alleges money damages of more than $75,000, exclusive of interest and costs. (Complaint, Prayer for Relief.)

//

//

**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON - 2**

## REMOVAL TO THIS DISTRICT IS PROPER

8. Pursuant to 28 USC § 1332, 1441, and 1446, removal of the above-captioned state court action to this court is appropriate.

9. Pursuant to 28 USC § 1441(a), removal is made to this Court as the district and division embracing the place where the state action is pending.

10. The defendant is providing to the plaintiff, through his lawyer, written notice of the filing of this Notice of Removal. Furthermore, the defendant is filing a copy of this Notice of Removal with the Clerk of the Circuit Court of Multnomah County, Oregon, where the action is currently pending.

Dated this 27th day of January, 2023.

**GLASCOCK | STREET | WAXLER LLP**

By *S/ Jennifer A. Street*
_____
Jennifer A. Street, OSB No. 052419
Email: street@gswlaworegon.com
Trial Attorney
Of Attorneys for Defendant

NOTICE OF REMOVAL TO UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF
OREGON - 3

# CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing **NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON** on the following party(ies), on the date noted below, via the following method:

Chad Stavley
Law Offices of Chad Stavley
434 NW 19th Ave.
Portland, OR  97209
*Attorney for Plaintiff*

Method:  ☒ US Mail, postage prepaid
☒ Electronically Via CM/ECF
☐ Facsimile
☐ Overnight Delivery

DATED this 27th day of January, 2023.

**GLASCOCK | STREET | WAXLER LLP**

By  *S/ Jennifer A. Street*
_____
Jennifer A. Street, OSB No. 052419
Attorney for Defendant

**CERTIFICATE OF SERVICE - 1**