IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SILAS ARMSTRONG,

                Plaintiff(s),

     v.

NANCY CARRUTHERS,

                Defendant(s).

Civil No. 03:23-cv-00140-JR

**JUDGMENT**

Based on the parties' Stipulated Notice of Dismissal [7],

IT IS ORDERED AND ADJUDGED that this action is DISMISSED with prejudice and without fees or costs to any party. Pending motions, if any, are DENIED AS MOOT.

Dated this 29th day of March, 2023.

                              by    /s/ Jolie A. Russo
                                           Jolie A. Russo
                                           United States Magistrate Judge